IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 1 8 2024

BY _____ JM
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00172 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| DAVID MOSLEY | ) | 18 U.S.C. § 924 |

# I N D I C T M E N T

## COUNT ONE

THE GRAND JURY CHARGES:

On or about December 3, 2023, in the Middle District of Tennessee, the defendant, **DAVID MOSLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, ammunition, to wit: six rounds of 7.65 mm ammunition bearing head stamp markings "G.F.L."

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about December 3, 2023, in the Middle District of Tennessee, the defendant, **DAVID MOSLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, ammunition, to wit: six rounds of 7.65 mm ammunition bearing head stamp markings "G.F.L."

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about December 3, 2023, in the Middle District of Tennessee, the defendant, **DAVID MOSLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson Model 432PD .32 caliber revolver.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.


A TRUE BILL

_____
FOREPERSON


HENRY C. LEVENTIS
UNITED STATES ATTORNEY

JOSEPH P. MONTMINY
ASSISTANT UNITED STATES ATTORNEY